United States District Court
Southern District of Texas
**ENTERED**
April 22, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **HOLLY MCCULLOUGH and AMANDA HARPER, Each Individually and on Behalf of All Others Similarly Situated** | **PLAINTIFFS** |
| vs. | No. 4:19-cv-408 |
| **TOUR 18 GOLF, LLC, and CBIGG MANAGEMENT, LLC** | **DEFENDANTS** |

## ORDER

The Court has considered the Parties' Joint Motion for Approval of FLSA Settlement and Stipulation of Dismissal in Cause No. 4:19-cv-408, *Holly McCullough, et al. vs. Tour 18 Golf, LLC, et al*. Having reviewed the Parties' Motion, the Court is of the opinion that the Motion should be GRANTED. It is therefore ORDERED that:

1. The Parties' Settlement Agreement is APPROVED as a fair and reasonable resolution of a bona fide dispute under the Fair Labor Standards Act;

2. The amounts to be paid to the Plaintiffs in accordance with the Settlement Agreement are APPROVED;

3. The amount to be paid for attorneys' fees is reasonable and is APPROVED; and

4. All of the claims asserted by the Plaintiffs in this case are hereby dismissed with prejudice.

ENTERED on this 22nd day of April, 2021.

_____
United States District Judge